UNITED STATES OVERSEAS AIRLINES, INC., *ETC.*, (JOSEPH TANENBAUM, TRUSTEE IN BANKRUPTCY OF UNITED STATES OVERSEAS AIRLINES, INC.) PLAINTIFF-RESPONDENT, v. SHELL OIL COMPANY, DEFENDANT-PETITIONER.

*Messrs. Mattson, Madden, Polito & Loprete* and *Mr. Verling C. Enteman* for the petitioner.

*Messrs. Cafiero & Balliette* for the respondent.

February 24, 1970. Denied.

CLEMENT J. MULDERICK, *ET AL.*, PLAINTIFFS-PETITIONERS, v. RAYMOND GRECO, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Pellettieri & Rabstein* and *Mr. John W. Devine* for the petitioners.

*Messrs. Schoch, Dietrich & Stockman* for the respondents.

February 24, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. PATRICK McNAMARA, DEFENDANT-PETITIONER.

*Mr. Charles Frankel* and *Mr. Paul J. Feldman* for the petitioner.

*Mr. Robert V. Carton* and *Mr. John C. Carton* for the respondent.

February 24, 1970. Denied.